[No. 47351-8-II. Division Two. September 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN DION OLLISON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01309-8, Carol Murphy, J., entered March 24, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.

[No. 47444-1-II. Division Two. September 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS L. CORNWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-04618-2, Jack F. Nevin, J., entered March 20, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.

[No. 47643-6-II. Division Two. September 20, 2016.]

*In the Matter of the Marriage of* KARA L. UNDERWOOD, *Respondent*, and ROBERT E. UNDERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-3-01083-1, James R. Orlando, J., entered May 1, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[No. 47830-7-II. Division Two. September 20, 2016.]

CHRISTOPHER HONSE ET AL., *Respondents*, v. PATRICE CLINTON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-13277-5, Jack F. Nevin, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Melnick, J.